# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| ROBERT FISK, | : |
| Plaintiff, | : |
| | : Case No. 3:16cv00118 |
| vs. | : |
| | : District Judge Thomas M. Rose |
| DAYTON POLICE DEPARTMENT, *et al.*, | : Magistrate Judge Sharon L. Ovington |
| Defendants. | : |

# DECISION AND ENTRY

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #22), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations docketed on June 6, 2017 (Doc. #22) is ADOPTED in full;

2. Defendants' request for an Order dismissing this case (Doc. #21) is GRANTED; and

3. The case is terminated on the Court's docket.

\*s/Thomas M. Rose
_____
Thomas M. Rose
United States District Judge